IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHELLE WALKER-COOK and GENEVIEVE MARIE WALKER,<br><br>            Plaintiff(s),<br><br>       vs.<br><br>INTEGRATED HEALTH RESOURCES, LLC; LEEWARD INTEGRATED HEALTH SERVICES, INC.; OHANA PACIFIC MANAGEMENT COMPANY, INC.; PUUWAI O MAKAHA NURSING HOME; RANDALL HATA; THERESE CAMPOS; SUSAN HIRAO; and JACKIE BARTON.<br><br>            Defendant(s).<br>_____ | CIV NO 12-00146 ACK-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on August 10, 2012 by notice of electronic filing and August 13, 2012 by first class mail, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations to Grant in Part and Deny in Part Plaintiff Michelle Walker-Cook's Motion to Strike Defendants' Answer and Cited Defenses" are adopted as

the opinion and order of this Court.

      IT IS SO ORDERED.

      DATED: Honolulu, Hawaii, September 25, 2012.



_____
Alan C. Kay
Sr. United States District Judge

Cook v. Integrated Health Resources, LLC, et al., CV 12-00146 ACK-RLP: Order Adopting F&R